1  Joel R. Bryant, Esq. (State Bar No. 149370)
   jbryant@gbflawyers.com
2  GREEN BRYANT & FRENCH LLP
   1230 Columbia Street, Suite 1120
3  San Diego, California 92101
   Tel:  (619) 239-7900
4  Fax: (619) 239-7800

5  Attorneys for Plaintiff, Tuan Nguyen

6

7

8  UNITED STATES DISTRICT COURT

9  NORTHERN  DISTRICT OF CALIFORNIA

10  SAN FRANCISCO DIVISION

11  TUAN NGUYEN, an individual,        )    CASE NO: 3:11:CV-04653-CRB
                                       )
12             PLAINTIFF,              )
   v.                                  )    STIPULATION TO CONTINUE CASE
13                                     )    MANAGEMENT CONFERENCE/
   AT&T MOBILITY SERVICES LLC, a       )    ORDER
14 Delaware Limited Liability Company; and )
   DOES 1-100, jointly and severally,  )    **Date:** November 18, 2011
15                                     )    **Time:** 8:30 a.m.
                                       )    **Dept.:** Courtroom 6, 17th Floor
16             DEFENDANTS.             )    **Judge:**  Honorable Charles R. Breyer
                                       )
17  ─────────────────────────────────

18        WHEREAS, pursuant to the Court's Order Setting Case Management Conference, the

19  parties stipulate to continue the Case Management Conference scheduled for November 18, 2011

20  to February 17, 2012, at 8:30 A.M.

21        WHEREAS, on October 24, 2011, Plaintiff filed a First Amended Complaint (Dkt. #10),

22  terminating all previous Defendants and naming the new Defendant, AT&T Mobility Services,

23  LLC, a Delaware Limited Liability Company.  The Defendant was subsequently served on

24  November 4, 2011.

25        WHEREAS, pursuant to the Court's Order dated October 18, 2011 (Dkt. #9), and

26  FED. R. CIV. P. 26(f), the parties and Court would benefit from the parties having the opportunity

27  to Meet and Confer and file a Joint Case Management Statement prior to the Case Management

28  Conference.

1  WHEREAS, due to the recent addition of Defendant, the parties believe it most efficient to
2  continue the Case Management Conference until February 17, 2012, to provide ample and
3  reasonable time to Meet and Confer and prepare the Joint Case Management Statement.
4  NOW, THEREFORE, subject to the Court's approval, the parties Stipulate and Agree as
5  follows:
6  1. The Case Management Conference should be continued from November 18, 2011,
7  at 8:30 a.m., to February 17, 2012, at 8:30 a.m.; and
8  2. The corresponding deadline to file the Joint Case Management Statement, Rule 26(f)
9  Report, and serve initial disclosures should be continued to February 10, 2012.

**GREEN BRYANT & FRENCH, LLP**

Dated: November 8, 2011

    /s/ *Joel R. Bryant*
Joel R. Bryant, Esq.
Jbryant@gbflawyers.com
Attorney for Plaintiff
TUAN NGUYEN

- 2 -   Case No: CV-11-04653-CRB
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION OF THE PARTIES, IT IS ORDERED THAT:**

1. The Case Management Conference is continued from November 18, 2011, at 8:30 a.m., to February 17, 2012, at 8:30 a.m.;

2. The deadline to file the Joint Case Management Statement, Rule 26(f) Report, and serve initial disclosures is February 10, 2012.

Dated: __November 15, 2011__



_____
Honorable Charles R. Breyer